IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| TERRY R. WHISNANT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:06CV171 |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER FOR REMAND

The defendant, Jo Anne B. Barnhart, Commissioner of Social Security, has moved this Court, pursuant to sentence six of 42 U.S.C. §405(g), to remand the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 113 S.Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and good cause exists to support this request for remand. Plaintiff has consented to the Motion for Remand.

THEREFORE, IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. § 405(g), for the reasons set forth in the motion, this case is remanded to the defendant Commissioner. No judgment shall be entered in this matter at this time.

**SO ORDERED.**

Signed: December 5, 2006

David C. Keesler
United States Magistrate Judge

1